In the Matter of JULIAN M. WILSON, Appellant, against THOMAS S. CHESHIRE, as Clerk of the County of Nassau, Respondent.

(Argued October 28, 1930; decided October 28, 1930.)

*Thomas J. Cuff* and *Milton Pinkus* for appellant.

*James L. Dowsey, Le Roy G. Edwards, Fred Ingraham* and *H. Stewart McKnight* for respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.